**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Carol A. Wilson, Administrator, et al. | : : : | |
| Plaintiffs, | : : | Civil Action No. 2:17-CV-853 |
| v. | : : | Judge Graham |
| VIP Construction, Inc. | : : | Magistrate Judge Deavers |
| Defendant. | : | |

**<u>DEFAULT JUDGMENT ENTRY BY CLERK</u>**

This matter is before the Clerk of the U.S. District Court upon Plaintiffs' Motion for Default Judgment by Clerk. Upon consideration of the foregoing, the Clerk finds that Defendant is in default for failure to plead to the Complaint and that a default judgment is authorized and appropriate pursuant to Rule 55(b)(1) of the Federal Rules of the Federal Rules of Civil Procedure. It is therefore

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs, Carol A. Wilson, Administrator, et al., and against Defendant VIP Construction, Inc., as follows:

1. Audit findings/delinquent contributions for the period March 1, 2015 to May 1, 2017 in the amount of $18,565.56;

2. Interest in the amount of $11,031.45 calculated to December 15, 2017 plus $9.16 per day thereafter as long as the judgment remains unpaid;

3. Interest in the amount of $11,031.45 calculated to December 15, 2017 plus $9.16 per day thereafter as long as the judgment remains unpaid;

4. Court costs in the amount of $400.00.

RICHARD W. NAGEL, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO



By _____
Deputy Clerk

11/22/2017 28702883